IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  Cr. No. 16-CR-10061-STA

DONTOREUS DOUGLAS

**ORDER GRANTING MOTION FOR CONTINUANCE OF SENTENCING AND NOTICE OF RESETTING**

Upon the Agreed Motion of the Defendant and the United States Attorney to Continue the August 13, 2019 sentencing date;

IT IS HEREBY ORDERED that the Defendant's sentencing date be and hereby is continued to October 18, 2019 at 9:00 a.m.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF U.S. DISTRICT JUDGE
Date: 8/2/2019